# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PERKINS, an individual, and as TRUSTEE OF THE GLADYS PERKINS TRUST,<br><br>Plaintiff,<br><br>v.<br><br>NOVAD Management Consulting LLC, et al.,<br><br>Defendants. | Case No.: 19cv0808 JM(NLS)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On May 6, 2019, this court ordered Defendant NOVAD Management Consulting LLC ("NOVAD") to show cause on or before May 20, 2019, why this matter should not be remanded for lack of jurisdiction. (Doc. No. 2.) Specifically, the court was concerned whether there is complete diversity among the parties. On May 20, 2019, Defendant NOVAD filed its response to the order to show cause. (Doc. No. 3.)

Upon consideration of Defendant's response, the court is satisfied that it has jurisdiction over this dispute. In its response, Defendant NOVAD provided a declaration attesting that (1) it is a sole member limited liability company organized under laws of the State of Maryland with its principal place of business in the State of Maryland; and its sole member is E. Davon Kelly a.k.a. Everett Davon Kelly, a citizen of the State of Maryland who resides Upper Marlboro, Maryland. (Doc. No. 3-1, Kelly Decl. at ¶¶ 3-5.) Defendant

has also attached numerous documents downloaded from Maryland's Secretary of State's website regarding the citizenship of the LLC. *See* Doc. No. 3-2.[1]

As Plaintiff is a citizen and resident of the State of California and NOVAD is a citizen of Maryland, the court is satisfied that complete diversity exists. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (for diversity purposes a limited liability company is "a citizen of every state of which its owners/members are citizens."). Consequently, the court ORDERS that the Order to Show Cause issued on May 6, 2019, is hereby **DISCHARGED**.

IT IS SO ORDERED.

Dated: May 30, 2019

Hon. Jeffrey T. Miller
United States District Judge

---

[1] Defendant requests the court take judicial notice of: (1) Maryland Secretary of State Website – General Information Page; (2) Maryland Secretary pf State Website – Filing History Page; (3) Articles of Organization; (4) NOVAD Resolution to Change Principal Office or Resident Agent filed February 6, 2004; (5) Screen Shot of Explanation of Reason for Forfeiture of Entity on October 2, 2009 for Failure to File 2008 Property Return; (6) NOVAD Certificate of Reinstatement filed March 26, 2010; (7) Resolution to Change Principal Office or Resident Agent Filed June 13, 2016; (8) Maryland Secretary of State Website – Annual Report/Personal Property Page; (9) NOVAD Personal Property Assessment Certification Information – 2015; (10) NOVAD Personal Property Assessment Certification Information – 2016; (11) NOVAD Personal Property Assessment Certification Information – 2017; (12) NOVAD Personal Property Assessment Certification Information – 2018; (13) NOVAD Personal Property Assessment Certification Information – 2019. Defendant moves for judicial notice under Federal Rule of Evidence 201(b)(2) because the documents are true and correct copies of official documents of the Maryland Secretary of State and therefore their authenticity is not subject to reasonable dispute and their accuracy cannot reasonably be questioned. Accordingly, the court takes judicial notice of Exhibits 1 – 13 filed in support of the response to the OSC.